1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
8
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10    TIMOTHY R ENGLISH,

11                            Plaintiff,                    CASE NO. C14-5328 RBL-JRC

12            v.                                            ORDER DENYING PLAINTIFF'S
                                                           MOTION FOR APPOINTMENT OF
13    GARY LUCAS AND JACKIE BATTIES.                        COUNSEL

14                            Defendants.

15            The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

16    Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local

17    Magistrate Judge Rules MJR1, MJR3 and MJR4.

18            Plaintiff asks the Court to appoint counsel to represent him (Dkt. 16). The motion is

19    denied without prejudice because plaintiff fails to show the Court that his circumstances warrant

20    appointment of counsel.

21            There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.

22    Although the Court can request counsel to represent a party, 28 U.S.C. § 1915(e)(1), the Court

23    may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th

24

1   Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d

2   1089 (9th Cir. 1980).  A finding of exceptional circumstances requires the Court to evaluate both

3   the likelihood of success on the merits and the ability of plaintiff to articulate his claims pro se in

4   light of the complexity of the legal issues involved.  *Wilborn*, 789 F.2d at 1331.

5          Plaintiff alleges an Eighth Amendment cruel and unusual punishment claim based on

6   medical treatment he received and conditions at the Clark County Jail (Dkt. 9). Plaintiff alleges

7   his incarceration prevents him from obtaining documents to support his claim (Dkt. 16).

8   Defendants respond, opposing plaintiff's motion and stating that plaintiff has received his

9   requested medical records (Dkt. 17).  Defendants also contend that, contrary to plaintiff's

10  statements to the Court, plaintiff has not contacted counsel regarding discovery (Dkt. 18).

11         Plaintiff fails to show that he has exceptional circumstances that would allow the Court to

12  appoint counsel to represent him in this case. Plaintiff's motion is denied without prejudice.

13         Dated this 21st day of October, 2014.

14

15

16

17

18  J. Richard Creatura
    United States Magistrate Judge

19

20

21

22

23

24

ORDER DENYING PLAINTIFF'S MOTION FOR
APPOINTMENT OF COUNSEL - 2