UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY R ENGLISH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK COUNTY JAIL, GARRY LUCAS, JACKIE BATTIES,<br><br>　　　　　　Defendants. | CASE NO. C14-5328 RBL-JRC<br><br>ORDER |

　　The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The Court dismisses this action based on a failure to exhaust administrative remedies as to all but one claim. The Court dismisses the remaining claim based on the running of the statute of limitations.

　　(3)　In forma pauperis status is revoked for purpose of appeal.

DATED this 14th day of April, 2015.

　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1